UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

R.A., *a minor, by and through his Guardian,* )
*Steve Altes, on behalf of himself and all others* )
*similarly situated*, )
)
                            Plaintiff, )
)
    v. )                   **JUDGMENT**
)               5:19-CV-325-BO
EPIC GAMES, INC., )
)
                         Defendant. )
)

**Decision by Court.**
This matter is before the Court on defendant's motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion to dismiss for failure to state a claim [DE 55] is GRANTED. Plaintiffs amended complaint is DISMISSED. Defendant must refund plaintiffs purchases. Defendant's prior motion to dismiss [DE 52] and consent motions left over from the previous court [DE 24, 30] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on February 20, 2020, and served on:**
Alexander Lee Simon (via CM/ECF Notice of Electronic Filing)
Daniel Bryson (via CM/ECF Notice of Electronic Filing)
Joseph Bourne (via CM/ECF Notice of Electronic Filing)
Melissa Weiner (via CM/ECF Notice of Electronic Filing)
Patrick Wallace (via CM/ECF Notice of Electronic Filing)
Daniel Warshaw (via CM/ECF Notice of Electronic Filing)
Jeffrey Jacobson (via CM/ECF Notice of Electronic Filing)
Robert Van Arnam (via CM/ECF Notice of Electronic Filing)
Wes Camden (via CM/ECF Notice of Electronic Filing)

                                                PETER A. MOORE, JR., CLERK

February 20, 2020

                                        /s/Lindsay Stouch
                                        By: Deputy Clerk